AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| GALEAN STEWART<br><br>_____<br>*Plaintiff(s)*<br>v.<br>SCRIPPS MEDIA, INC. d/b/a WPTV-TV<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 9:26-cv-80136-AMC<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SCRIPPS MEDIA, INC. d/b/a WPTV-TV
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DENISE MUTAMBA
MDM LEGAL, PLLC
7754 OKEECHOBEE BLVD
#4-3068
WEST PALM BEACH, FL 33411

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Feb 9, 2026
_____

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*
_____
Deputy Clerk
U.S. District Courts